## UNITED STATES, RESPONDENT, *v.* MARION FLAHERTY, APPELLANT.

See syllabus in the case of *United States* v. *Bisel, ante.*

*Appeal from the District Court, Gallatin County.*

### STATEMENT.

In behalf of the United States, as plaintiff, an action was brought against the defendant, Marion Flaherty, to compel him to remove certain fences with which he had enclosed a certain portion of the public domain, reserved as school land under section 1946 of the United States Revised Statutes, in Gallatin County, and to enjoin him from again erecting the same. The suit was instituted under the Act of Congress of February 25, 1885 (U. S. Rev. Stats. at Large, p. 3217), forbidding unlawful enclosures of the public domain. After a demurrer, interposed

to the complaint by the defendant, had been overruled, he allowed a judgment by default to be taken against him in the District Court and appealed.

*Luce & Luce,* for the Appellant, and *Robert B. Smith,* United States Attorney, for the Respondent, filed the same briefs as in the case of *United States* v. *Bisel, ante,* which involved the same question in dispute.

McConnell, C. J. — This case presents precisely the same questions as the case of the *United States* v. *Benjamin F. Bisel, ante,* decided at the present term of this court, and for the reasons given in that case, we affirm this case with costs.

*Judgment affirmed.*

Bach, J., and Liddell, J., concur.